**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN AGUIAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, and NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>　　　　　Defendants. | Case No. 2:24-cv-02403 |

**ORDER GRANTING STIPULATION TO STAY DISCOVERY AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY PENDING MOTION TO COMPEL ARBITRATION**

**ORDER**

On February 3, 2025, Plaintiff Steven Aguiar ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (collectively, the "Parties") filed a Stipulation to Stay Discovery (the "Stipulation") as to Experian only pending Experian's Motion to Compel Arbitration (ECF No. 24). The Court, having considered the Stipulation, and finding good cause shown, hereby GRANTS the Stipulation and ORDERS that all discovery and associated deadlines in the above-captioned matter are STAYED pending a ruling on Experian's Motion to Compel Arbitration.

IT IS SO ORDERED.

DATED: February 4, 2025

_____
Troy L. Nunley
Chief United States District Judge