AUDREY VAS (SBN 358500)
*AVas@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA  94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.


DAWN MCCRAW (admitted *pro hac vice*)
*dmccraw@consumerjustice.com*
**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85th Way
Scottsdale, AZ 85258
Tel.: 602-807-1527

Attorneys for Plaintiff
STEVEN AGUIAR

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| STEVEN AGUIAR,<br><br>                   Plaintiff,<br><br>        v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING,<br><br>                   Defendant. | Case No. 2:24-cv-02403-TLN-CSK<br><br>**ORDER GRANTING STIPULATION TO EXTEND CURRENT CASE DEADLINES**<br><br>Courtroom:    2 (15TH Floor)<br>Judge:        Hon. Troy L. Nunley<br><br>Complaint filed: September 4, 2024 |

## ORDER

Upon consideration of the Parties' Stipulated Motion to extend all deadlines by 14 days, IT IS HEREBY ORDERED that the new deadlines are as follows:

Fact Discovery: July 28, 2026

Expert Disclosures: August 28, 2026

Expert Rebuttals: September 28, 2026

Supplemental Disclosures & Responses: October 27, 2026

Dispositive Motions: December 28, 2026

**IT IS SO ORDERED.**

Dated: July 10, 2026

_____

Troy L. Nunley
Chief United States District Judge

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

1

ORDER GRANTING                                          CASE NO. 2:24-CV-02403-TLN-CSK
STIPULATION TO EXTEND CURRENT CASE DEADLINES